# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRYOR,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:21-cv-00709-BAK<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On July 12, 2022, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended from August 1, 2022, to August 31, 2022. (ECF No. 17.)  The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline to file Defendant's opposition brief is extended until August 31, 2022.

IT IS SO ORDERED.

Dated:   **July 12, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1