# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRYOR,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00709-BAK (SAB)<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF Nos. 11, 20) |

On September 12, 2022, the parties filed a stipulated request for a nine-day extension of time to file the reply brief, which the Court construes as a stipulated motion to modify the schedule. (ECF No. 20.) Plaintiff seeks an extension from September 14, 2022, to September 23, 2022, to file a reply brief. This is Plaintiff's second request for an extension. Counsel for Plaintiff proffers good cause exists for the extension because she has just returned from Texas after being out several weeks attending to an emergency with her ill father, has multiple briefs to complete, and requires additional time to sufficiently address Defendant's opposition in this case. The Court is satisfied that good cause exists to grant the requested relief.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 20) is GRANTED; and

2. Plaintiff shall have until **September 23, 2022**, to file the reply brief; and

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE